**JOHN GIL CONSTRUCTION, INC., Plaintiff–Appellant,**

v.

**Milo RIVERSO, The New York City School Construction Authority, New York City Off–Track Betting Corporation, The Department of Investigation for the City of New York and John Does 1–10, Defendants–Appellees.**

No. 99–9273.

United States Court of Appeals, Second Circuit.

April 12, 2001.

J. Garth Foley, N.Y., NY, for appellant.

Susan Choi–Hausman, Ass't Corp. Counsel, N.Y., NY, for appellees.

Present KEARSE, LEVAL and KATZMANN, Circuit Judges.

*SUMMARY ORDER*

This cause came on to be heard on the record from the United States District Court for the Southern District of New York, and was argued by counsel.

ON CONSIDERATION WHEREOF, it is now hereby ordered, adjudged, and decreed that the appeal be and it hereby is dismissed as moot, in light of our affirmance today of the final judgment dismissing the action, *see John Gil Construction, Inc. v. Riverso,* No. 00–7603, 7 Fed.Appx. 134. *See, e.g., North Carolina v. Rice,* 404 U.S. 244, 246, 92 S.Ct. 402, 30 L.Ed.2d 413 (1971) (per curiam) ("[F]ederal courts are without power to decide questions that cannot affect the rights of litigants in the case before them"); *Fox v. Board of Trustees of the State University of New York,* 42 F.3d 135, 140 (2d Cir.1994), *cert. denied,* 515 U.S. 1169, 115 S.Ct. 2634, 132 L.Ed.2d 873 (1995).